No. 405. SMITH *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *John A. Armstrong* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton* for respondent.

No. 408. HENIS ET AL. *v.* EGAN ET AL. C. A. 4th Cir. Certiorari denied. *Ralph Montgomery Arkush* for petitioners. *Thomas C. Egan, Francis E. Walter* and *David J. Mays* for Egan et al.; and *Thomas F. Boyle* for Reeves et al., respondents.

No. 411. RESERVE LIFE INSURANCE Co. *v.* SIMPSON. C. A. 9th Cir. Certiorari denied. *George W. Mead* for petitioner. *William W. Banks* for respondent.

No. 413. FIDELITY-PHILADELPHIA TRUST Co., TRUSTEE, *v.* PIOCHE MINES CONSOLIDATED, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Wm. Clarke Mason* and *Thomas B. K. Ringe* for petitioner. *Charles O. Bruce* for respondents.

No. 415. ATLANTIC COAST LINE RAILROAD Co. *v.* JOINER ET AL. C. A. 5th Cir. Certiorari denied. *Charles Cook Howell, Frank G. Kurka* and *U. B. Ellis* for petitioner. *Robert Culpepper, Jr.* for respondents.

No. 417. BRADSHAW ET AL. *v.* ROBINSON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Mason Welch* and *J. Joseph Barse* for petitioners. *Reginald B. Jackson* and *Richard W. Tompkins* for respondent.